# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00575-CV

**Ronald Dixon, Appellant**

**v.**

**Kathy Alice Berke, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT
### NO. 08-586-F425, HONORABLE MARK J. SILVERSTONE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ronald Dixon has filed an unopposed motion to withdraw his notice of appeal and dismiss the instant appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   October 10, 2008